affirmed, without costs; the date of the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

SAMUEL BENSON, Respondent, v. THAMES RIVER WOOLEN MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CHAUNCEY D. PEASE, Suing on His Own Behalf as Well as on Behalf of All the Other Owners and Holders of the Common Stock of the Defendant, PEASE PIANO COMPANY, Respondent, v. GEORGE N. TAYLOR, Appellant, Impleaded with PEASE PIANO COMPANY, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of ELIZABETH O'DEA, Appellant, to Cancel and Set Aside a Subpœna Duces Tecum, etc. JOINT LEGISLATIVE COMMITTEE ON HOUSING, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of BUILDERS' SUPPLY BUREAU, Appellant, to Cancel and Set Aside a Subpœna Duces Tecum, etc. JOINT LEGISLATIVE COMMITTEE ON HOUSING, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of ASSOCIATION OF DEALERS IN MASONS' BUILDING MATERIALS, Appellant, to Cancel and Set Aside a Subpœna Duces Tecum, etc. JOINT LEGISLATIVE COMMITTEE ON HOUSING, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion, Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MIDDLEBROOK, McDONALD & Co., INC., and Others, Appellants, v. FREDERIC K. MIDDLEBROOK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JOHN E. MADDEN, Respondent, v. JOHN H. ROSSETER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application for the Adoption of LLOYD ALBIN CARLSON, an Infant. CARL H. CARLSON, Appellant; ALBERT H. PAGEL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of DAVID GERBER and Others, Respondents, for the Issuance of Subpœnas to ABRAHAM L. ERLANGER and Another. ZIEGFELD FOLLIES, INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FLORENCE A. SMALLWOOD, Respondent, v. HIGBIE SMITH and Another, Defendants, Impleaded with STEWART P. DRUMMOND and Others, Appellants.

— Order modified by providing that paragraph sixteenth of the complaint be stricken out, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FLORENCE A. SMALLWOOD, Respondent, v. HIGBIE SMITH and Others, Defendants, Impleaded with GEORGE ORTON ELMORE, Appellant.— Order modified by providing that paragraph sixteenth of the complaint be stricken out, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

AURELE BORRISS GLOVE CO., INC., Appellant, v. CLAUDE A. PETTER, Respondent.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MAX COHN and Another, Respondents, v. JAMES C. GISMOND & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Arbitration between ASHLEY D. ADAMS and RALPH POWERS, Copartners Doing Business as ADAMS & POWERS, Respondents, and ROTTENBERG SONS CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of the BOARD OF EDUCATION OF THE CITY AND CITY SCHOOL DISTRICT OF NEW YORK Appellant, for a Writ of Mandamus, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.; Dowling, J., dissenting.

LAWRENCE A. WASHINGTON, Respondent, v. TEXAS RANGER PRODUCING AND REFINING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ETHEL L. LOWENTHAL, Respondent, v. HENRY LOWENTHAL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JACOB NEWMAN, Appellant, v. PRESSED STEEL CAR COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

GEORGE R. PHILLIPS, Appellant, v. JANE S. PHILLIPS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FLORENCE N. LEWIS, Respondent, v. OTELIA WESLEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for